COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | No. 08-13-00173-CV |
| | § | |
| | | Appeal from |
| IN THE MATTER OF O.G.R., | § | |
| A JUVENILE. | | 65th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 06,00488) |
| | § | |

## **O P I N I O N**

O.G.R., a juvenile, appeals from an order committing him to the Texas Juvenile Justice Department. The juvenile court entered an adjudication order finding O.G.R. engaged in delinquent conduct by committing the offense of burglary of a habitation and placed him on juvenile probation. The State subsequently filed a motion to modify disposition alleging O.G.R. had violated the terms and conditions of the probation order. Following a hearing, the juvenile court found that the O.G.R. had violated the probation order and entered an order committing him to the Texas Juvenile Justice Department. We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing one contention which counsel says might arguably

support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974). The procedures established in *Anders* apply to juvenile appeals. *In re D.A.S.*, 973 S.W.2d 296, 297 (Tex. 1998); *In re A.R.B.*, 225 S.W.3d 131, 132 (Tex.App.--El Paso 2005, no pet.).

A copy of counsel's brief has been delivered to O.G.R., and he has been advised of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed. We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment of the trial court is affirmed.

June 4, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.